IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JA'VON M. BLOOM, #146-782 | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL ACTION NO. JFM-06-630 |
| | : | |
| U. S. GOVERNMENT | : | |
| | : | |
| Respondent | : | |

MEMORANDUM

Pending is a pro se petition for release of seized property filed by Ja'Von M. Bloom, a state inmate at the Western Correctional Instutution in Cumberland, Maryland. The court will direct petitioner to file additional information within twenty days.

Petitioner requests return of a 2000 Kenworth Tractor and four amounts of U.S. currency seized from different locales, none of which are within this judicial district.[1] Petitioner also indicates that on February 15, 2006, he sent a request for release of this property to the Drug Enforcement Administration Forfeiture Counsel. Paper No. 1.

Once the government commences forfeiture proceedings, a district court is divested of jurisdiction to hear matters regarding the property. See Ibarra v. United States, 120 F.3d 472, 474-75 (4th Cir. 1997). Therefore, in order for consideration of this matter to proceed, additional information is needed petitioner must provide: 1) the dates of the forfeitures; 2) copies of the forfeiture notices; and 3) whether the tractor and currency are the subject of pending forfeiture proceedings.

---

[1] Petitioner does not appear to be or to have been a party in any criminal or civil proceeding before this court prior to the filing of this pleading.

To the extent petitioner might be intending to file a post-conviction motion for return of property under Rule 41(g) of the Federal Rules of Criminal Procedure, this action is essentially a civil proceeding for equitable relief. See United States v. Jones 215 F.3d 467, 469 (4th Cir.2000). If that is his intent, he must also submit the civil filing fee, unless he qualifies for indigent status. The court will grant him twenty days to both file the supplemental information and to submit the $250.00 filing fee or seek leave to proceed in forma pauperis. Failure to comply may result in dismissal of the complaint without prejudice and without further notice. A separate Order follows.

March 16, 2006 /s/
Date J. Frederick Motz
United States District Judge